159 A.3d 886

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. SCOTT DUBIN, DEFENDANT-PETITIONER.

February 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003049–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

159 A.3d 887

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. J.T.P., DEFENDANT-PETITIONER.

February 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002986–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.